# Exhibit B

(to Request for Reasonable Attorneys' Fees and Costs
by Defendants Linkup Media Group of Companies, Inc. and
Biolife Health and Wellness, LLC)

USDC of Colorado, Case No. 20-cv-01681-WJM-NRN



# THE SURVEY OF LAW FIRM ECONOMICS

## *2021 Edition*

Conducted and Published by



-- & --



150 East 42nd Street, Mezzanine Level
New York, NY 10017
(888) 770-5647
almlegalintel@alm.com
www.almlegalintelligence.com

Released:  December 2021

All rights reserved. No part of this work may be reproduced or copied in any form or by any means, graphic, electronic or mechanical, including photocopying, recording, taping, or information and retrieval systems, without prior written permission of the publisher.  For permission, contact customer service at 888.770.5647 or almlegalintel@alm.com.

© 2021 ALM Media Properties LLC

## TABLE OF CONTENTS

| | |
|---|---|
| | Introduction |
| | Section I -- Distribution of Participating Law Firms |
| | Section II -- Firm Management |
| | Section III -- Financials |
| | Section IV -- Hourly Billing Rates |
| | Section V -- Billable Hours |
| | Section VI -- Compensation |
| | Section VII -- Personnel Ratios |
| | Section VIII -- Questionnaire |

**STANDARD HOURLY BILLING RATES**

This section presents standard billing rates for equity partners and shareholders, non-equity partners and shareholders,

- Trend Comparison – Senior Partners vs. Mid-level Associates
- Charts--Median Standard Hourly Rate
- National
- Gender
- Region
- Firm Size
- Population Area
- Year Admitted to Bar
- Years Legal Experience
- Individual Lawyer Non-Litigation Specialties
- Individual Lawyer Litigation Specialties
- Individual Lawyer Non-Specialists

**MEDIAN FOR STANDARD HOURLY RATE BY FIRM SIZE**
**for Status Codes Partner/Sharholder-Equity/Non-Equity and Associate/Staff Lawyer**

| Firm Size | Partner/Shareholder-Equity/Non-Equity Rate $ | Associate/Staff Lawyer Rate $ |
|---|---|---|
| 1 to 9 Lawyers | $400 | $313 |
| 10 to 24 Lawyers | $435 | $238 |
| 41 to 75 Lawyers | $375 | $260 |
| 76 to 150 Lawyers | $460 | $350 |
| Over 150 Lawyers | $475 | $295 |



**MEDIAN FOR STANDARD HOURLY RATE BY POPULATION AREA**
for Status Codes Partner/Sharholder-Equity/Non-Equity and Associate/Staff Lawyer

| Population Area | Partner/Shareholder-Equity/Non-Equity Rate $ | Associate/Staff Lawyer Rate $ |
|---|---|---|
| Metropolitan | $423 | $260 |
| Metropolitan Division | $550 | $375 |

